IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

GINGER McDILL

      Plaintiff(s)

VS.                                                                                                  CV 03-PT-737-E

DOD

      Defendant

## MEMORANDUM

The court will select the jury and start the trial on April 25. The court will have to recess on April 26 and start back April 27. The court understands that if there is a verdict for the plaintiff, the damages phase will be tried later before another jury. The parties will advise the court of the anticipated length of the first trial by April 8.

DONE and ORDERED this 4th day of April, 2005.

*[signature: Robert B. Propst]*

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE